UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARL ROBERTS,

    Plaintiff,

    v.

B. NEAL, JERROD SELBY, SEGREGATION OFFICER DOTY, THAD WOODSIDE, N. PUCKETT, CINDY MILLER, LT. SCHULER, DEBBIE ISAACS, J. DAVIS, JOHN EVANS, RECEIVING OFFICER ALVIS, N. KNOPE, O. OBADINA, JACKIE MILLER, MICHAEL P. RANDLE,

    Defendants.

Case No. 11-cv-266-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Carl Roberts' claims in Count 1 (deliberate indifference to a serious medical need in violation of the Eighth Amendment) against defendants B. Neal, Jarrod Selby, Thad Woodside, Doty, Alvis and J. Davis are dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Carl Roberts' claims in Count 1 (deliberate indifference to a serious medical need in violation of the Eighth Amendment) against defendants Puckett, Isaacs, Knope and Obadina are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Carl Roberts' claims in Count 2 (failure to follow grievance procedure) against defendants Cindy Miller, Schuler, Evans, Jackie Miller and Randle are dismissed with prejudice.

**DATED: January 30, 2013**    NANCY J. ROSENSTENGEL, Clerk of Court

By: s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**